**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Leroy SBRUSCH, Defendant—
Appellant.**

**Nos. 04–30163, 04–30169.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 12, 2005.

Submission Vacated July 18, 2005.

Resubmitted Sept. 2, 2005.

Sept. 2, 2005.

Thomas C. Bradley, Esq., USAK—Office of the U.S. Attorney, Anchorage, AK, Robert E. Lindsay, Esq., Alan Hechtkopf, Attorney, Karen M. Queshel, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Allison E. Mendel, Esq., Mendel & Associates, Anchorage, AK, for Defendant–Appellant.

---

of this circuit except as provided by Ninth Circuit Rule 36–3.

Before: GOODWIN, BRUNETTI, and W. FLETCHER, Circuit Judges.

ORDER AND MEMORANDUM *

The above captioned case is re-submitted.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Leroy Sbrusch has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Sbrusch did not file a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is GRANTED, and Sbrusch's convictions and sentence are AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

